## 59812. WILLIAMS v. THE STATE.

SMITH, Judge.

The judgment is affirmed in accordance with Court of Appeals Rule 36.

*Judgment affirmed. McMurray, P. J., and Banke, J., concur.*

SUBMITTED APRIL 16, 1980 — DECIDED JULY 7, 1980.

*Leonard H. Tuggle,* for appellant.
*Richard E. Allen, District Attorney,* for appellee.